PHILLIP A. TALBERT
United States Attorney
DAWRENCE W. RICE, JR.
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
NOV 28, 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TESSA L. WELLS, <br><br> Defendant. | CASE NO. 1:17 CR 00277 LJO <br><br> VIOLATION: 18 U.S.C. § 875(C) – INTERSTATE COMMUNICATION OF THREAT. |

# INFORMATION

The United States Attorney charges: T H A T

TESSA L. WELLS,

defendant herein, on or about October 4, 2017, in the County of Fresno, State and Eastern District of California, did intentionally and knowingly transmit in interstate commerce a communication containing a threat to injure the person of another, to wit: T.M., in violation of Title 18, United States Code, Section 875(c).

///

///

1  Dated: November 28, 2017

PHILLIP A. TALBERT
United States Attorney

By: *Dawrence W. Rice, Jr.*
DAWRENCE W. RICE, JR.
Assistant United States Attorney