| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Branch Chief, Fresno Office |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: 559.487.5561/Fax: 559.487.5950 |

Attorney for Defendant
TESSA L. WELLS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:17-cr-00277 LJO |
| | ) | |
| *Plaintiff,* | ) | **APPEARANCE OF COUNSEL OF** |
| | ) | **RECORD AND DESIGNATION** |
| vs. | ) | **OF COUNSEL FOR SERVICE** |
| | ) | |
| TESSA L. WELLS, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Pursuant to Local Rule 182, and the Criminal Justice Act Plan for this district, Part VI, paragraph B, I confirm my appearance as counsel of record in this case for TESSA L. WELLS, and designate counsel for service as follows:

> CHARLES J. LEE
> Assistant Federal Defender
> 2300 Tulare Street, Suite 330
> Fresno, CA 93721-2226
> Telephone: (559) 487-5561

I hereby certify that I am an attorney admitted to practice in this court.

Dated: November 30, 2017

> */s/     Charles J. Lee*
> CHARLES J. LEE
> Assistant Federal Defender
> Attorney for Defendant
> Tessa L. Wells

Appearance and Designation of Counsel            -1-