| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| | Attorneys for Defendant |
| 6 | Tessa L. Wells |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:17-cr-00277-LJO |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) SENTENCING HEARING |
| vs. | ) |
| | ) DATE: April 30, 2018 |
| TESSA L. WELLS, | ) TIME: 10:00 a.m. |
| | ) JUDGE: Hon. Lawrence J. O'Neill |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing in the above-captioned matter now set for March 12, 2018 at 10:00 a.m. may be continued to April 30, 2018 at 10:30 a.m.

This continuance is requested by the defense in order to allow for additional time to prepare for the sentencing hearing. The defense is in the process of collecting character reference letters and needs the additional time to finish acquiring all the letters it would like to present to the court. Additionally, the defense is in the process of obtaining information regarding the history and characteristics of the defendant it would like to present at the sentencing hearing that it feel will be relevant to the court's sentencing determination. The government has no objection to the requested date.

As this is a sentencing hearing and Ms. Wells has previously entered her guilty plea, no

exclusion of time is necessary under the Speedy Trial Act.

                                          Respectfully submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

DATED: February 22, 2018                  */s/ Duce Rice*
                                          DUCE RICE
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

                                          HEATHER E. WILLIAMS
                                          Federal Defender

DATED: February 22, 2018                  */s/ Charles J. Lee*
                                          CHARLES J. LEE
                                          Assistant Federal Defender
                                          Attorneys for Defendant
                                          TESSA L. WELLS


## **O R D E R**

IT IS SO ORDERED.

    Dated:  **February 22, 2018**             /s/ Lawrence J. O'Neill
                                         UNITED STATES CHIEF DISTRICT JUDGE