HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226

Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00277-LJO |
| *Plaintiff,* | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | |
| TESSA L. WELLS, | |
| *Defendant.* | |

Defendant, Tessa L. Wells, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of her probation.

On April 30, 2018, Ms. Wells was sentenced to 48 months of probation. Ms. Wells submits the attached Financial Affidavit as evidence of her inability to retain counsel at this time. Therefore, after reviewing Ms. Wells Financial Affidavit, it is respectfully recommended that Assistant Federal Defender Charles J. Lee be promptly appointed.

DATED:  February 12, 2021          */s/ Eric V Kersten*
                                              ERIC V. KERSTEN
                                              Assistant Federal Defender
                                              Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __**February 12, 2021**__          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE